FILED
CLERK, U.S. DISTRICT COURT

JUN 18 2015

CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>KENNETH JOSEPH ELLIS<br><br>　　　　　　　Defendant. | CR 02-0539-AHM-1<br><br>ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation/ Supervised Release Conditions) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A)　☒　the appearance of defendant as required; and/or

(B)　( )　☒ the safety of any person or the community.

//
//

The court concludes:

A. (✓) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that: _he will refrain from criminal conduct. His offenses while on release were serious + showed a disregard for the court's conditions._

(B) (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that: _he will comply with conditions. Again, his offenses on release were serious._

IT IS ORDERED that defendant be detained.

DATED: 6/18/15

SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE

2